**Electronically Filed
Supreme Court
SCPW-24-0000110
22-APR-2024
03:28 PM
Dkt. 11 ODDP**

SCPW-24-0000110

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

LEROY LEE BOLDEN,
Petitioner,

vs.

STATE OF HAWAI'I,
Respondent.

---

ORIGINAL PROCEEDING

<u>ORDER DENYING PETITION FOR WRIT OF MANDAMUS</u>
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of Petitioner LeRoy Lee Bolden's

(1) February 28, 2024 "Motion of Inmate Complaint," (2) March

27, 2024 "Inmate Motion of Complaint: Discriminate Against a

Person," (3) April 1, 2024 "Motion of Inmate Complaint," and

(4) April 4, 2024 "Civil Medical Inmate Complaint," which the

court collectively construes as a petition for writ of mandamus,

Petitioner has not demonstrated a clear and indisputable right

to relief and/or a lack of alternative means to obtain the

relief sought.  See Womble Bond Dickinson (US) LLP v. Kim, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.

It is further ordered that, with respect to the sealed document at Docket 9, the appellate clerk shall file a publicly-accessible redacted version of this document that omits references to petitioner's medical information.  Any individual may file a motion objecting to the sealing of this document.

DATED:  Honolulu, Hawaiʻi, April 22, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens